UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY M. SULLIVAN,

    Petitioner,

v.

KATHLEEN ALLISON,

    Respondent.

Case No. 18-cv-00758-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Dismissing Case and Denying a Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: July 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge